**DENY; and Opinion Filed May 14, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00613-CV

### IN RE D. BRENT LEMON, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-03989-E**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Brown
Opinion by Justice Brown

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to grant his motion for summary judgment and dismiss the claim against him with prejudice. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has failed to establish a right to the requested relief.

We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.

/Ada Brown/
ADA BROWN
JUSTICE

150613F.P05